1

2

3

4

5

6

7

8

9         IN THE UNITED STATES DISTRICT COURT FOR THE

10                     EASTERN DISTRICT OF CALIFORNIA

11

12   RODERICK LEAR,                        CASE No. 1:13-cv-00882-MJS (PC)

13             Plaintiff,                  ORDER DIRECTING PLAINTIFF TO
14                                         CLARIFY RE DISMISSAL
      v.
15                                         (ECF No. 7)

16   MICHELLE LEFTLER, et al.,

17
              Defendants.
18   _____/

19        Plaintiff Roderick Lear, a state prisoner proceeding pro se and in forma

20   pauperis filed this civil rights action on June 12, 2013 pursuant to 42 U.S.C. § 1983.

21   (ECF No. 1.) The Complaint has not yet been screened by the Court.

22        Plaintiff filed a letter with the Court (ECF No. 7) which appears to seek legal

23   direction regarding voluntarily dismissal of the action. The Court cannot provide Plaintiff

24   with legal advice.

25        Under Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action without a

26   court order by filing a notice of dismissal.

27        Plaintiff's letter to the Court (ECF No. 7) is equivocal. The Court requires clarity

28   as to whether Plaintiff actually wishes to voluntarily dismiss his action.

-1-

1         If Plaintiff wishes to dismiss the action, he is directed to file a notice of dismissal

2    clearly stating his intention to do so. Absent such notice, the action shall remain

3    pending.

4

5    IT IS SO ORDERED.

6    Dated:    June 19, 2013           /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28