UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LEAR,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE LEFTLER, et al.,<br><br>　　　　　　Defendants. | CASE No. 1:13-cv-00882-AWI-MJS (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE A FIRST AMENDED COMPLAINT<br><br>(ECF No. 11) |

　　　　Plaintiff Roderick Lear, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on June 12, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The complaint has not yet been screened by the Court.

　　　　Pending before the Court is Plaintiff's motion for leave to file a first amended complaint. (ECF No. 11.)

　　　　Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff's motion for leave to file a first amended complaint (ECF No. 11) is GRANTED. Fed. R. Civ. P. 15(a)(1).

////////
////////
////////

The first amended complaint shall be filed **within thirty days** of the date of this order.

IT IS SO ORDERED.

Dated: July 25, 2013        /s/ *Michael J. Seng*
                            UNITED STATES MAGISTRATE JUDGE