# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LEAR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHELLE LEFTLER, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00882-AWI-MJS (PC)<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTIONS (1) TO FILE A FIRST AMENDED COMPLAINT, and (2) TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF Nos. 12 &13)** |

　　　　Plaintiff Roderick Lear is a state prisoner proceeding pro se in this civil rights action filed on June 12, 2013 pursuant to 42 U.S.C. § 1983. (ECF No. 1.) The complaint has not yet been screened.

　　　　Pending before the Court are Plaintiff's motions for leave to file a first amended complaint (ECF No. 12) and to proceed in forma pauperis (ECF No. 13.)

　　　　The Court previously granted in forma pauperis status. (ECF No. 5) and granted leave to file a first amended complaint. (ECF No. 14.)

////////
////////
////////
////////
////////
////////

1

Accordingly, it is HEREBY ORDERED that Plaintiff's motions (1) for leave to file a first amended complaint (ECF No. 12), and (2) to proceed in forma pauperis (ECF No. 13) are DENIED AS MOOT.

IT IS SO ORDERED.

Dated: July 26, 2013                    /s/ *Michael J. Seng*
                                        UNITED STATES MAGISTRATE JUDGE

2