1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LEAR, | Case No. 1:13-cv-00882-AWI-MJS (PC) |
| Plaintiff, | **ORDER GRANTING REQUEST FOR STATUS** |
| v. | **(ECF No. 16)** |
| MICHELLE LEFTLER, et al., | |
| Defendants. | |

        Plaintiff Roderick Lear is a state prisoner proceeding pro se in this civil rights action filed on June 12, 2013 pursuant to 42 U.S.C. § 1983. The complaint has not yet been screened.

        Pending before the Court is Plaintiff's notice of request to respond to motion for leave to file amended complaint. (ECF No. 16.) The Court construes the notice as a request for status of his previously filed motions to file an amended pleading.

        The Court granted Plaintiff's motion to file a first amended complaint provided he do so by not later than August 26, 2013. (ECF No. 14.) Plaintiff's further motion to amend was denied as moot. (ECF No. 15.)

////////

////////

////////

////////

1

1    Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's notice construed as a

2  request for status (ECF No. 16) is GRANTED with the foregoing a sufficient report of said

3  status.

4

5

6

7

8

9

10

11  IT IS SO ORDERED.

12    Dated:    August 5, 2013                    /s/ *Michael J. Seng*

13                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28