UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LEAR, <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>MICHELLE LEFTLER, et al., <br><br>　　　　　Defendants. | CASE NO. 1:13-cv-00882-AWI-MJS (PC) <br><br>**ORDER DENYING MOTION FOR COURT ORDER** <br><br>**(ECF No. 41)** <br><br>**CLERK TO FAX COPY OF THIS ORDER TO LITIGATION COORDINATOR AT CALIFORNIA STATE PRISON-CORCORAN** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The action proceeds against Defendant Aguayo, Desousa, and Leftler on Plaintiff's Eighth Amendment Excessive Force claim regarding an incident that occurred at the California Substance Abuse Treatment Facility ("CSATF").

Before the Court is Plaintiff's March 9, 2015 motion (ECF No. 41), asking the Court to order officials at Plaintiff's current institution, California State Prison-Corcoran, to issue his legal property and to store a DVD relating to this action.

The Court cannot order parties not before the Court to take action. Zepeda v. United States Immigration & Naturalization Servs., 753 F.2d 719, 727 (9th Cir. 1985) ("A federal court may issue an injunction if it has personal jurisdiction over the parties and subject matter jurisdiction over the claim; it may not attempt to determine the rights of

1

persons not before the court."). Accordingly, Plaintiff's motion must be denied. Nevertheless, the Court will direct the Clerk's Office to fax a copy of this order to the Litigation Coordinator at California State Prison-Corcoran, and request that the Litigation Coordinator facilitate Plaintiff's access to materials necessary to prosecute this action.

Based on the foregoing, Plaintiff's motion for a court order (ECF No. 41) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   April 26, 2015                         /s/ *Michael J. Seng*
                                                UNITED STATES MAGISTRATE JUDGE