UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK LEAR,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHELLE LEFTLER, et al.,<br><br>        Defendants. | CASE NO. 1:13-cv-00882-AWI-MJS (PC)<br><br>**ORDER CLOSING CASE IN LIGHT OF VOLUNTARY DISMISSAL WITH PREJUDICE AND DENYING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AS MOOT (ECF NO. 55)** |

On December 14, 2015, the parties filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Because the notice is signed by the parties, this case automatically terminated on December 14, 2015. See Fed. R. Civ. P. 41(a)(1)(A)(ii). Because this case automatically terminated on December 14, Plaintiff's motion for an extension of time received on December 17, 2015 is moot.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk shall CLOSE this case, in light of the signed and filed Rule 41(a)(1)(A)(ii) dismissal with prejudice; and

2. Plaintiff's motion for an extension of time (Doc. No. 55) is DENIED as moot.

IT IS SO ORDERED.

Dated:   December 21, 2015                    _____
                                                SENIOR DISTRICT JUDGE

1